```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02493
    HENDERSON J KING JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7866

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/13/2007 and was confirmed 05/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/21/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
LIGHTHOUSE FINANCIAL GRO  SECURED VEHIC       3810.00         28.92        411.08
LIGHTHOUSE FINANCIAL GRO  UNSECURED         NOT FILED           .00           .00
CHASE MANHATTAN MTG CORP  CURRENT MORTG           .00           .00           .00
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE           .00           .00           .00
PIERCE & ASSOCIATES       NOTICE ONLY       NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &   DSO ARREARS       NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED           .00           .00
MCI COMMUNICATION         UNSECURED         NOT FILED           .00           .00
ZALUTSKY & PINSKI         UNSECURED         NOT FILED           .00           .00
AMERICAN COLLECTION       UNSECURED         NOT FILED           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED            232.56           .00           .00
HARVARD COLLECTION SERVI  UNSECURED         NOT FILED           .00           .00
MEDICAL COLLECTIONS SYS   UNSECURED         NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED            345.55           .00           .00
NATIONWIDE ACCEPTANCE~    UNSECURED            839.73           .00           .00
NORTHWEST COLLECTORS      UNSECURED         NOT FILED           .00           .00
SENEX SERVICES CORP       UNSECURED         NOT FILED           .00           .00
TRI STATE ADJUSTMENT      UNSECURED            105.30           .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED             77.00           .00           .00
PEOPLES GAS & LIGHT       UNSECURED         NOT FILED           .00           .00
SUPERIOR MANAGEMENT       UNSECURED         NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED           1090.00           .00           .00
MERCHANT & PROFESSIONAL   UNSECURED         NOT FILED           .00           .00
WEXLER & WEXLER           UNSECURED         NOT FILED           .00           .00
ALLIED INTERSTATE         UNSECURED         NOT FILED           .00           .00
ENCORE RECEIVABLE MANAGE  UNSECURED         NOT FILED           .00           .00
DEBT CREDIT SERVICES      UNSECURED         NOT FILED           .00           .00
CB USA INC                NOTICE ONLY       NOT FILED           .00           .00
HELLER & FRISONE          NOTICE ONLY       NOT FILED           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED            552.86           .00           .00
NATIONWIDE INSTALLMENT S  UNSECURED           6528.95           .00           .00
CITY OF CHICAGO WATER DE  SECURED              600.00           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02493 HENDERSON J KING JR
```

```
IL DEPT OF HEALTHCARE &  NOTICE ONLY   NOT FILED                  .00              .00
DORTHIA JOHNSON          NOTICE ONLY   NOT FILED                  .00              .00
ILLINOIS DEPT OF REVENUE PRIORITY         10.00                   .00              .00
STAVER & GAINSBERG       DEBTOR ATTY   2,526.00                              2,013.80
TOM VAUGHN               TRUSTEE                                               162.20
DEBTOR REFUND            REFUND                                                   .00
```

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                2,616.00

PRIORITY                                            .00
SECURED                                          411.08
    INTEREST                                      28.92
UNSECURED                                           .00
ADMINISTRATIVE                                 2,013.80
TRUSTEE COMPENSATION                             162.20
DEBTOR REFUND                                       .00
                       ---------------      ---------------
TOTALS                 2,616.00                2,616.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 02/27/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                         PAGE   2
         CASE NO. 07 B 02493 HENDERSON J KING JR